IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RONALD COOK,

       Appellant,

 v.

                                    Case No.  5D22-489
                                    LT Case No. 2018-CA-1549

116 LOST BEACH, LLC,
KORY WARD COOK, AND
ANY UNKNOWN PARTIES
CLAIMING BY AND THROUGH
UNDER ANY SUCH NAMED
DEFENDANT,

       Appellees.
_____/

Decision filed February 7, 2023

Appeal from the Circuit Court
for St. Johns County,
Kenneth J. Janesk, Judge.

Jonathan J. Luca, of Jonathan J. Luca, P.A.,
St. Augustine, for Appellant.

Michele Cavallaro, of Fidelity National Law
Group, Fort Lauderdale, for Appellee, 116
Lost Beach LLC.

Theresa Carli Pontieri, of Jimerson Birr,
P.A., Jacksonville, for Appellee, Kory Ward
Cook.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., MAKAR and HARRIS, JJ., concur.